BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

**FILED**
FEB 25 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

2:16 - CR - 0 0 3 8 MCE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | ORDER TO SEAL (UNDER SEAL) |
| v. | |
| JAMAL SHEHADEH, SABER SHEHADEH, and BRIAN STONE, | |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Christopher S. Hales to seal the indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of this Court.

DATED: February 25, 2016

_____
ALLISON CLAIRE
United States Magistrate Judge

3