PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL D. ANDERSON
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-0038 MCE |
| Plaintiff, | ORDER CONTINUING HEARING DATE |
| v. | DATE: December 7, 2016 (requested) |
| | TIME: 10:00 a.m. |
| JAMAL SHEHADEH, ET AL., | COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

The parties' joint stipulated request to continue the hearing date on defendants' motion for reconsideration (ECF 54) of the Court's CIPA Protective Order (ECF 52) is hereby GRANTED. The hearing shall be scheduled for Wednesday, December 7, 2016 at 10 a.m.

IT IS SO ORDERED.

Dated: November 22, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE