IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                       )<br>             Plaintiff,                     )<br>                                                       )<br>      v.                                            )<br>                                                       )<br> JAMAL SHEHADEH                   )<br>                                                       )<br>             Defendant.                 )<br>                                                       ) | Case No. 2:16-cr-038 MCE<br><br>ORDER TO FILE UNDER SEAL |

    Pursuant to Local Rule 141(b) and based upon the representation contained in Defendant's Request to Seal, Defendant's request to seal Section III of Defendant's Motion for Disclosure of Confidential Informants (ECF No. 68) is GRANTED until further order of this Court. It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

    The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in its prior sealing order (ECF No. 88), sealing Section III of Defendant's motion serves a compelling interest.

///

///

Order                                                                      -1-

1 | The Court further finds that, in the absence of closure, the compelling interests identified by
2 | Defendant would be harmed.  In light of the public filing of its request to seal, the Court finally finds
3 | that there are no additional alternatives to sealing Section III of Defendant's motion that would
4 | adequately protect those compelling interests.  Accordingly, the Clerk of the Court is hereby directed
5 | to seal Defendant's original Motion for Disclosure of Confidential Informants (ECF No. 68).  In
6 | addition, Defendant is directed to re-file his Motion for Disclosure on the public docket with
7 | Section III redacted.
8 |        T IS SO ORDERED.
9 | Dated:  March 29, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE