1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  SABER SHEHADEH

6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,            | Case No.: 2:16-CR-038 MCE
12 |     Plaintiff,                       |
13 | vs.                                  | STIPULATION AND ORDER
14 |                                      | CONTINUING STATUS CONFERENCE
15 | JAMAL SHEHADEH, SABER SHEHADEH,      |
   | and BRIAN STONE,                     | Date:  June 29, 2017
16 |                                      | Time:  10:00 a.m.
   |     Defendants.                      | Court: Hon. Morrison C. England, Jr.
17
18
19
20
21       This matter is presently set for a Trial Confirmation Hearing on July 13, 2017, followed
22 by a Jury Trial scheduled to begin on September 25, 2017.  On June 5, 2017, the Court on its
23 own motion set the matter for a status conference on June 22, 2017 (Docket Entry 110).  Counsel
24 for Saber Shehadeh is out of the state on June 22, and therefore requests that the status
25 conference be re-scheduled for June 29, 2017.  The Court's courtroom deputy has confirmed that
26
27 June 29 is an available date for this matter to be heard.
28 ORDER CONTINUING STATUS
   CONFERENCE

Time has previously been excluded at the request of Defendants Saber Shehadeh and Brian Stone, and over the objection of Defendant Jamal Shehadeh, through the date set for the Jury Trial to commence on September 25, 2017. (Docket Entry 51). No further order is required regarding exclusion of time under the Speedy Trial Act to allow for the proposed seven-day continuance of the status conference. Counsel for the government, Assistant United States Attorneys Michael D. Long and Christopher Hales, and Attorney John Manning on behalf of Defendant Brian Stone have no opposition to the requested continuance. The Office of the Federal Defender represents Jamal Shehadeh and agrees to re-schedule the status conference for June 29, 2017, subject to its previously-stated objections to the September 25, 2017 Jury Trial date.

Assistant U.S. Attorney Michael D. Anderson and all defense counsel have reviewed this proposed order and authorized Todd Leras to sign it on their behalf.

DATED: June 6, 2017

By    Todd D. Leras for
     MICHAEL D. ANDERSON
     Assistant United States Attorney

DATED: June 12, 2017

By    /s/ Todd D. Leras for
     SEAN RIORDAN
     Assistant Federal Defender
     Attorney for Defendant
     JAMAL SHEHADEH

DATED: June 6, 2017

By    /s/ Todd D. Leras
     TODD D. LERAS
     Attorney for Defendant
     SABER SHEHADEH

ORDER CONTINUING STATUS CONFERENCE

DATED: June 6, 2017

By   Todd D. Leras for
     JOHN R. MANNING
     Attorney for Defendant
     BRIAN STONE

**ORDER**

Pursuant to the stipulation of the parties and good cause having been shown, it is hereby ordered that the status conference set by the Court on its own motion for June 22, 2017 is VACATED and CONTINUED to June 29, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 16, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE