| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | MATTHEW C. BOCKMON, #161566<br>BENJAMIN D. GALLOWAY, #214897 |
| 3 | SEAN RIORDAN, #255752<br>Assistant Federal Defenders |
| 4 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 5 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 6 | |
| 7 | Attorney for Defendant<br>JAMAL SHEHADEH |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-038 MCE |
| Plaintiff, | ) ) | STIPULATION AND ORDER TO SET BRIEFING SCHEDULE |
| v. | ) ) | |
| JAMAL SHEHADEH, et al., | ) | Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) ) ) | |

Defendant, Jamal Shehadeh, by and through his attorneys, Assistant Federal Defenders, Matthew C. Bockmon, Benjamin D. Galloway and Sean Riordan, and plaintiff, United States of America, by and through its counsel, Assistant United States Attorneys Christopher S. Hales and Michael D. Anderson, hereby stipulate to set the following briefing schedule. The parties request that the government's opposition be due on or before August 17, 2017, the defendant's reply be filed no later than August 24, 2017. The hearing on the Motion to Exclude Prior Bad Acts Evidence (CR 123) shall be heard on August 31, 2017 at 10:00 a.m.

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

| | | |
|---|---|---|
| | | Respectfully submitted, |
| | DATED: August 4, 2017 | HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/ Matthew Bockmon*<br>MATTHEW BOCKMON<br>Assistant Federal Defender |
| | | */s/ Benjamin Galloway*<br>BENJAMIN GALLOWAY<br>Assistant Federal Defender |
| | | */s/ Sean Riordan*<br>SEAN RIORDAN<br>Assistant Federal Defender |
| | | Attorneys for JAMAL SHEHADEH |
| | Dated: August 4, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| | | */s/ Christopher S. Hales*<br>CHRISTOPHER S. HALES<br>Assistant United States Attorney |
| | | */s/ Michael D. Anderson*<br>MICHAEL D. ANDERSON<br>Assistant United States Attorney |
| | | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefor, the government's opposition is due on or before August 17, 2017, and the defendant's reply shall be filed no later than August 24, 2017. The motion hearing is set for August 31, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated: August 8, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE