| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, #161566 |
| | BENJAMIN D. GALLOWAY, #214897 |
| 3 | SEAN RIORDAN, #255752 |
| | Assistant Federal Defenders |
| 4 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 5 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |

Attorney for Defendant
JAMAL SHEHADEH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-038 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | MOTION HEARINGS AND BRIEFING |
| v. | ) | SCHEDULE |
| | ) | |
| JAMAL SHEHADEH, et al., | ) | |
| | ) | Date: August 31, 2017 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Morrison C. England Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, United States Attorney Phillip A. Talbert, through Assistant United States Attorneys Michael Anderson and Christopher Stanton Hales, attorneys for Plaintiff, Federal Defender Heather Williams, through Assistant Federal Defender Sean Riordan, attorney for defendant Jamal Shehadeh, Todd Leras, attorney for defendant Saber Shehadeh, and John Richard Manning, attorney for Defendant Brian Stone that the previously scheduled Motion to Exclude Evidence re Prior Bad Acts (ECF 123) hearing date of August 31, 2017 be continued to September 21, 2017 at 10:00 a.m and that the Defense Reply Brief in said matter be due on September 14, 2017. It is further stipulated that the previously scheduled Motion to Suppress Evidence (ECF 114) hearing date of August 31, 2017 be continued to September 21, 2017 at 10:00 a.m.

The reason for the requested continuance is that defense counsel requires additional time to review available evidence and consider its response in light of the points raised in the Government's Opposition to Defendant's Motion to Exclude Evidence (ECF 129).

Respectfully submitted,

Dated: August 24, 2017
HEATHER E. WILLIAMS
Federal Defender

/s/ Sean Riordan
SEAN RIORDAN
Assistant Federal Defender
Attorney for JAMAL SHEHADEH

Dated: August 24, 2017
Phillip A. Talbert
United States Attorney

/s/ Christopher S. Hales
CHRISTOPHER S. HALES (by permission)
MICHAEL ANDERSON
Assistant U.S. Attorneys
Attorneys for Plaintiff

Dated: August 24, 2017
/s/ Todd David Leras
TODD DAVID LERAS (by permission)
Attorney for SABER SHEHADEH

Dated: August 24, 2017
/s/ John Richard Manning
JOHN RICHARD MANNING (by permission)
Attorney for BRIAN STONE

| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, #161566 |
| | BENJAMIN D. GALLOWAY, #214897 |
| 3 | SEAN RIORDAN, #255752 |
| | Assistant Federal Defenders |
| 4 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 5 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 6 | |
| | Attorney for Defendant |
| 7 | JAMAL SHEHADEH |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-cr-038 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUING |
| | ) HEARING DATES |
| v. | ) |
| | ) Date: August 31, 2017 |
| JAMAL SHEHADEH, et al., | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Morrison C. England Jr. |
| Defendant. | ) |

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It is ordered that the previously scheduled Motion to Exclude Prior Bad Acts hearing date of August 31, 2017 be continued to September 21, 2017 at 10:00 a.m; that the Defense Reply Brief in said matter be due on or before September 14, 2017, and that the previously scheduled Motion to Suppress Evidence hearing date of August 31, 2017 be continued to September 21, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated: August 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE