**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>  v.<br><br>**JAMAL SHEHADEH, et al.**<br><br>    Defendants. | CR NO: 2:16-CR-00038-MCE |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
  ☐ Ad Prosequendum      ☒ Ad Testificandum

Name of Detainee: Alfonso Martinez
Detained at: Ironwood State Prison
Detainee is:
 a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☐ Complaint
   charging detainee with: _____
 or b.) ☒ a witness not otherwise available by ordinary process of the Court

Detainee will:
 a.) ☒ return to the custody of detaining facility upon termination of proceedings
 or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary February 26, 2018 at 9:00 am in the Eastern District of California.*

Signature: /s/ CHRISTOPHER S. HALES
Printed Name & Phone No: Christopher S. Hales, (916) 554-2791
Attorney of Record for: United States of America

**WRIT OF HABEAS CORPUS**
☐ Ad Prosequendum      ☒ Ad Testificandum

 The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee on February 26, 2018 and for any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: February 1, 2018    /s/ Kendall J. Newman
              Honorable Kendall J. Newman
              U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | BC2312 | DOB: | |
| Facility Address: | 19005 Wiley's Well Road, Blythe, CA | Race: | |
| Facility Phone: | (760) 921-3000 | FBI#: | |
| Currently | | | |

**RETURN OF SERVICE**

Executed on: _____      _____
                   (signature)