| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | MICHAEL D. ANDERSON<br>CHRISTOPHER S. HALES |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-0038 MCE |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER CANCELLING WRIT AD TESTIFICANDUM |
| v. | |
| JAMAL SHEHADEH, ET AL., | |
| Defendants. | DATE:<br>TIME:<br>COURT: Hon. Morrison C. England, Jr. |

Upon request of the United States, the Writ of Habeas Corpus ad Testificandum issued by United States Magistrate Judge Kendall J. Newman on February 1, 2018 for witness Alfonso Martinez (CDC #BC2312) IS HEREBY CANCELLED. United States District Court Judge Morrison C. England has vacated the February 26, 2018 trial date in this case in light of defendant Jamal Shehadeh's guilty plea and the government has stated that Alfonso Martinez's testimony is therefore no longer necessary.

The custodian currently responsible for Alfosno Martinez (CDC #BC2312) at the Ironwood State Prison, and the United States Marshal's Service for this district, are hereby informed and instructed that Martinez's appearance is no longer required in this Court on February 26, 2018, and that Martinez should not be transferred to federal custody for purposes of testifying at trial in this case. If Martinez's

///

///

///

transfer has begun, upon receipt of this order, he should be returned to the custody of the detaining facility, Ironwood State Prison.

IT IS SO ORDERED.

Dated: February 13, 2018

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE