| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | MICHAEL D. ANDERSON<br>CHRISTOPHER S. HALES |
| 3 | Assistant United States Attorney<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-0038 MCE |
|---|---|
| Plaintiff, | SEALING ORDER |
| v. | |
| JAMAL SHEHADEH, ET AL., | DATE:<br>TIME: |
| Defendants. | COURT: Hon. Morrison C. England, Jr. |

The government's motion to seal Attachment B to the plea agreement of Jamal Shehadeh, and to replace it on the public docket with the redacted version submitted by the government, IS HEREBY GRANTED. The Court finds that for the reasons stated in the government's motion, sealing Attachment B serves the compelling interest of protecting the privacy interests of Person 1 and Person 2 identified in the main body of the plea agreement, and to protect them from unlawful contacts or interference. There is a substantial probability that failure to seal Attachment B could harm that compelling interest.

///
///
///
///
///
///

SEALING ORDER

1

There is no alternative to sealing Attachment B that would adequately protect the stated compelling interest. *See Oregonian Publ'g Co. v. United States Dist. Court*, 920 F.2d 1462, 1465-66 (9th Cir. 1990).

IT IS SO ORDERED.

Dated: February 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE