1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL D. ANDERSON
   CHRISTOPHER S. HALES
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6

7  Attorneys for Plaintiff
   United States of America

8

IN THE UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00038 MCE |
| 12              Plaintiff, | STIPULATED REQUEST AND ORDER CONTINUING RESTITUTION HEARING TO |
| 13      v. | APRIL 19, 2018 |
| 14  JAMAL SHEHADEH, | DATE: March 29, 2018 |
| 15              Defendants. | TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

16

17    By previous order, the Court set the restitution hearing for defendant Jamal Shehadeh for March

18 29, 2018, at 10:00 a.m. The parties hereby stipulate and request that the restitution hearing for

19 defendant Jamal Shehadeh be continued to April 19, 2018, at 10:00 a.m.

| | | |
|---|---|---|
| Dated: March 27, 2018 | | McGREGOR W. SCOTT<br>United States Attorney |
| | By: | /s/ CHRISTOPHER S. HALES<br>MICHAEL D. ANDERSON<br>CHRISTOPHER S. HALES<br>Assistant United States Attorneys |
| Dated: March 27, 2018 | | /s/ MATTHEW BOCKMON<br>BENJAMIN GALLOWAY<br>MATTHEW BOCKMON<br>SEAN RIORDAN<br>Attorneys for Defendant Jamal Shehadeh |

**ORDER**

Upon stipulated request of the parties, IT IS HEREBY ORDERED that the restitution hearing for defendant Jamal Shehadeh be continued to April 19, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated: March 30, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE