| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | MICHAEL D. ANDERSON<br>CHRISTOPHER S. HALES |
| 3 | Assistant United States Attorney<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>JAMAL SHEHADEH,<br><br>              Defendant. | CASE NO. 2:16-CR-00038 MCE<br><br>STIPULATION AND ORDER CONTINUING HEARING AND BRIEFING DATES<br><br>DATE: August 9, 2018<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Counsel for defendant Jamal Shehadeh has requested to continue the briefing and hearing schedule on the motion to withdraw Shehadeh's guilty plea and restitution in this case, in order to have additional time to review materials current counsel represents that he has obtained from Jamal Shehadeh's prior counsel. After discussion, the government has agreed to stipulate to the revised schedule set forth below, with the understanding that the government will object to any further continuances of these dates, absent extraordinary circumstances. To be clear, the government opposes defendant's effort to withdraw his guilty plea and preserves all procedural and substantive objections and responses to the motion.

The parties therefore hereby stipulate and jointly request that the Court order the following revision to the current briefing and hearing schedule:

**Defendant's Motion to Withdraw Guilty Plea**

1. Government's opposition due: August 16, 2018
2. Defendant's reply due: August 30, 2018
3. Hearing: September 6, 2018

**Restitution**

1. Restitution hearing: September 20, 2018

IT IS SO STIPULATED.

Dated: July 18, 2018            McGREGOR W. SCOTT
United States Attorney

/s/ CHRISTOPHER S. HALES
MICHAEL D. ANDERSON
CHRISTOPHER S. HALES
Assistant United States Attorneys

Dated: July 18, 2018            /s/ DAVID FISCHER
DAVID FISCHER
Counsel for Defendant
JAMAL SHEHADEH

**ORDER**

IT IS SO ORDERED.

Dated: July 19, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE