UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:16-cr-00038-MCE |
|---|---|
| Plaintiff, | |
| v. | **MEMORANDUM AND ORDER** |
| JAMAL SHEHADEH, | |
| Defendant. | |

The Court is in receipt pro se Request for Equitable Tolling to file 28 U.S.C. § 2255. ECF No. 406. Defendant is represented by counsel in pursuit of his claims on appeal. Accordingly, the Court cannot accept filings from Defendant himself. That Request is hereby STRICKEN and will be disregarded.

IT IS SO ORDERED.

Dated: February 27, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1