Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Paul McCarthy Bar no. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioner*
JAMAL SHEHADEH

United States District Court
for the Eastern District of California
Robert T. Matsui Federal Courthouse

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Respondent*,<br>vs.<br><br>JAMAL SHEHADEH,<br><br>*Movant.* | No. 2:16-cr-00038-KJM-CKD<br><br>Related Appeal No. 18-10399<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM |

**ORDER GRANTING EXTENSION OF TIME
TO FILE TRAVERSE**

Good cause appearing this court grants movant until Thursday, August 4, 2022 to file a traverse.

Dated: July 5, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE