PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL D. ANDERSON
CHRISTOPHER S. HALES
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-38 KJM-CKD |
|---|---|
| Respondent, | ORDER |
| v. | |
| JAMAL SHEHADEH, | |
| Movant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's unopposed Request to Seal, IT IS HEREBY ORDERED that the four jail audio recordings identified in the government's Notice of Request to Seal pertaining to defendant Jamal Shehadeh, and the government's Request to Seal, shall be SEALED until further order of this Court. Those audio recordings being filed under seal are more specifically described in the table below:

| Exhibit No. to Phillips Decl. | File Name |
|---|---|
| 7A | 63179926_2312001_08-22-2016_190010_.mp3 |
| 8A | 64373079_2312001_09-18-2016_152302_1-[xxx]-[xxx]-5274.mp3 |
| 9A | 64431099_2312001_09-19-2016_190016_.mp3 |
| 10A | 69034666_2312001_01-25-2017_120302_.mp3 |

It is further ordered that access to the sealed audio recordings shall be limited to the Court and its personnel, the government, and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the government's motion serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government. This is especially so given that redacted transcriptions of each of these four recordings have been submitted with the government's opposition to defendant Jamal Shehadeh's Section 2255 petition.

IT IS SO ORDERED.

Dated: July 25, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE