Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Paul McCarthy Bar no. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioner*
JAMAL SHEHADEH

United States District Court
for the Eastern District of California
Robert T. Matsui Federal Courthouse

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Respondent*,<br>vs.<br><br>JAMAL SHEHADEH,<br><br>    *Movant.* | No. 2:16-cr-00038-KJM-CKD (P)<br><br>ORDER GRANTING 6-DAY<br>EXTENSION OF TIME TO FILE TRAVERSE AND<br>REPLY MEMORANDUM |

**ORDER GRANTING 6-DAY EXTENSION OF
TIME TO FILE TRAVERSE AND REPLY MEMORANDUM**

Good cause appearing, this court grants petitioner a 6-day extension of time to file a traverse and reply memorandum, from Tuesday, September 6, 2022, to Monday, September 12, 2022.

IT IS SO ORDERED.

Dated: September 7, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE