Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Paul McCarthy Bar no. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioner*
JAMAL SHEHADEH

United States District Court
for the Eastern District of California
Robert T. Matsui Federal Courthouse

| | |
|---|---|
| JAMAL SHEHADEH,<br><br>*Movant*,<br>vs.<br><br>RICHARD B. IVES, Warden, United States Penitentiary, Lompoc, California,<br><br>*Respondent.* | No. 2:16-cr-00038-KJM-CKD<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS |

**ORDER GRANTING EXTENSION OF TIME TO FILE
OBJECTIONS TO MAGISTRATE'S JUDGE'S FINDINGS AND RECOMMENDATIONS**

Good cause appearing, this court grants petitioner a 30-day extension of time to file objections to the magistrate judge's February 26, 2024, findings and recommendations, from Wednesday, May 22, 2024, to and including Friday, June 21, 2024.

Dated: May 17, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE