Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Paul McCarthy Bar no. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioner*
JAMAL SHEHADEH

United States District Court
for the Eastern District of California
Robert T. Matsui Federal Courthouse

| | |
|---|---|
| JAMAL SHEHADEH, | No. 2:16-cr-00038-KJM-CKD |
| *Petitioner*, vs. | ORDER |
| RICHARD B. IVES, Warden, United States Penitentiary, Lompoc, California, | |
| *Respondent*. | |

Good cause appearing, and there being no opposition, this court grants petitioner a 31-day extension of time to file the objections to the magistrate judge's findings and recommendations, from Friday, June 21, 2024, to and including Monday, July 21, 2024.

Dated: June 13, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE