1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              No.  2:16-cr-0038 MCE CKD P

12                    Respondent,

13           v.                              ORDER

14    JAMAL SHEHADEH,

15                    Movant.

16

17          Movant, proceeding with counsel, asks that he be permitted to submit objections to the

18    court's February 6, 2024, findings and recommendations as opposed to objections being

19    submitted by counsel.  Under the Local Rules of this court, movant may either proceed pro se

20    (Local Rule 183), or with counsel (Local Rule 180).  He cannot do both.  Because movant

21    currently proceeds through counsel, objections shall be submitted by counsel and movant's

22    request to submit them himself (ECF No. 534) is denied.

23     Dated:  July 23, 2024

24                                            _____

25                                            CAROLYN K. DELANEY
                                             UNITED STATES MAGISTRATE JUDGE
26

27    1
      sheh0038.lvob
28