UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:16-cr-0038 MCE CKD P |
| Respondent, | |
| v. | ORDER |
| JAMAL SHEHADEH, | |
| Movant. | |

Movant has filed a motion for an extension of time to file objections to the court's February 6, 2024, findings and recommendations. While movant is represented by counsel, he submitted the request himself. As movant already knows, under the Local Rules of this court movant may either proceed pro se (Local Rule 183), or with counsel (Local Rule 180). He cannot do both. Because movant currently proceeds through counsel his request for an extension of time (ECF No. 536) is stricken. Objections to the findings recommendations remain due no later than August 19, 2024 and must be submitted by counsel.

Dated: August 12, 2024

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
sheh0038.lvob(2)