Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Paul McCarthy Bar no. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioner*
JAMAL SHEHADEH

United States District Court
for the Eastern District of California
Robert T. Matsui Federal Courthouse

| | |
|---|---|
| UNITED STATES OF AMERICA,      *Respondent*,    vs.    JAMAL SHEHADEH,    *Movant*. | No. 2:16-cr-00038-KJM-CKD    ORDER |

    Good cause appearing, this court grants the motion to withdraw as counsel and permits Robert J. Beles and the Law Offices of Beles & Beles to withdraw as counsel. This court also grants movant until September 15, 2024 to file objections to the magistrate judge's February 6, 2024 findings and recommendations. Absent extraordinary cause, no further extensions of time will be granted. The Clerk of the Court is directed to ECF No. 539 for movant's current address.

Dated: 08/19/24

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE