PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00038-KJM-CKD |
|---|---|
| Respondent, | |
| v. | ORDER |
| JAMAL SHEHADEH, | |
| Movant. | |

On September 20, 2024, the United States requested an extension of time to October 23, 2024, to file its reply to defendant's objections to the court's February 6, 2024, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that the United States' request for an extension is granted. The reply is now due October 23, 2024.

Dated: September 24, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE